

# IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00395-CV

## IN THE INTEREST OF S.E.L. AND A.L.L., CHILDREN

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-D201501287**

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it would

otherwise be entitled.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed December 10, 2015
[CV06]

